UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/06

United States of America,

-v-

Douglas Shyne
Natasha Singh
Nathaniel Shyne
Toybe Bennett
Roberto Montgomery
Naresh Pitambar
Jason Watler
Steven Riddick
Nathaniel Alexander
Timothy Montgomery

                    Defendants.

Case No. ~~[struck through]~~
05 CR 1067 (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **July 11, 2006 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    June 21, 2006
              New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE