SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|31|07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States of America,

      -v-

Douglas Shyne -Deft # 1
Natasha Singh Deft # 2
Nathaniel Shyne Deft # 4
Toybe Bennett  Deft # 5
Roberto Montgomery  Deft # 6
Naresh Pitambar  Deft # 8
Jason Watler  Deft # 9
Steven Riddick  Deft # 10
Nathaniel Alexander  Deft # 11
Timothy Montgomery  Deft # 12
                    Defendants.

05CR1067

Case No. ~~04-CR-1272~~ (KMK)

ORDER
ECF

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all

purposes,

IT IS HEREBY ORDERED that all defendants appear with counsel for a

conference on **March 1, 2007 at 3:30pm** in the United States Federal Courthouse- 500 Pearl

Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:        January _30_ , 2007
                 New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE