UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --x

UNITED STATES OF AMERICA                    :
                                            :
        - v. -                              :
                                            :
DOUGLAS SHYNE,                              :
NATASHA SINGH,                              :
        a/k/a "Beatris Rodrigues,"          :
NATHANIEL SHYNE,                            :
TOYBE BENNETT,                              :
        a/k/a "Dmitriy Makarevich,"         :        S4 05 Cr. 1067 (KMK)
        a/k/a "Dmitriy Makervish,"          :
        a/k/a "Eduarado Rodrigues,"         :
        a/k/a "Cecilio Pena,"               :
ROBETO MONTGOMERY,                          :
NARESH PITAMBAR,                            :
JASON WATLER,                               :
STEVEN RIDDICK,                             :
NATHANIEL ALEXANDER, and                    :
TIMOTHY MONTGOMERY,                         :
                                            :
        Defendants.                         :
-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --x

## AFFIRMATION OF SERVICE

ROBERT J. MCFARLAND, pursuant to Tile 28, United States Code, Section 1746,

declares under the penalty of perjury:

1.      I have been retained as counsel for the Defendant, Timothy Montgomery.

2.      On February 5 and 6, 2007, I caused Defendant Timothy Montgomery's Jury

Instructions and Suggested Voir Dire Questions, respectively, to be served via Clerk's Notice of

Electronic Filing upon the following attorneys, who are filing users in this case:

Danya Perry, Assistant U.S. Attorney          Denis Patrick Kelleher, Jr., Esquire
United States Attorney's Office               Kelleher & Dunne LLP
One Saint Andrew Plaza                        17 Battery Place, 11th Floor
New York, NY 10007                            New York, NY 10004

George Robert Goltzer, Esquire
200 West 57th Street, Suite 900
New York, NY 10019

David L. Lewis, Esquire
Lewis & Fiore
225 Broadway, Suite 3300
New York, NY 10006

Harvey Fishbein, Esquire
61 Broadway, Suite 1601
New York, NY 10006

Bryan J. Hoss, Esquire
Davis & Hoss, P.C.
508 E. 5th Street
Chattanooga, TN 37403

Neil Stephen Cartusciello, Esquire
2 West Main Street
Mendham, NJ 07945

Thomas Hamilton Nooter, Esquire
Freeman Nooter & Ginsberg
30 Vesey Street, Suite 100
New York, NY 10007

Susan Vicki Tipograph, Esquire
350 Broadway, Suite 700
New York, NY 10013

Michael Fineman, Esquire
305 Broadway, 7th Floor
New York, NY 10007

On February 9, 2007, I caused the Defendant Timothy Montgomery's Jury Instructions and Suggested Voir Dire Questions to be served via United States mail upon:

Anthony Ricco, Esquire
20 Vesey Street, Suite 400
New York, NY 10007

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Dated:        Norfolk, Virginia
              February 9, 2007

                                     s/_____
                                     Robert W. McFarland

\4432588.1

2