# ANTHONY L. RICCO
*Attorney At Law*

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

June 21, 2007

**BY E.C.F.**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States v. Jason Watler**, Docket No. S4 05 Cr 1067 (KMK)

Dear Judge Karas:

  This letter is submitted as a request for an adjournment of the sentencing in the above matter, which is presently scheduled for Thursday, June 28, 2007 at 2:30 p.m..

  The defense needs additional time to respond to the Presentence Investigation Report and to gather information related to the defendant's background and employment history which will be presented in support of his request for a one level downward departure at the time of sentencing.  As a result, the defendant requests an adjournment of his sentence.

  In view of the vacation schedule of defense counsel, the defense requests that this matter be adjourned to any date during the week of July 23, 2007 (with the exception of Friday, July 27, 2007).

  I have discussed this application with A.U.S.A. Danya Perry and she states that the government has no objection to this application.

           Respectfully,

           /S/ *Anthony L. Ricco*
           Anthony L. Ricco

ALR/es
cc: A.U.S.A. Danya Perry (ECF & Email)