# ANTHONY L. RICCO

*Attorney At Law*

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

July 10, 2007

**BY E.C.F.**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Jason Watler**,  Docket No.  S4 05 Cr 1067 (KMK)

Dear Judge Karas:

    This letter is submitted as a request for an adjournment of the sentencing in the above matter, which is presently scheduled for Wednesday, July 11, 2007.

    I am presently in Pittsburgh, Pennsylvania conducting a series of mitigation interviews in connection with an authorized federal death penalty case <u>United States v. Jelani Solomon</u> in the United District Court for the Western District of Pennsylvania, which has a September 24, 2007 trial date.  As a result, I will not be returning to New York City until Thursday, July 12, 2007.

    Therefore, I am requesting that the sentencing in Jason Watler's case be adjourned to any time period, convenient to the court, on the following dates:  1) July 17th through July 25th 2007; or 2) July 30, 2007 or July 31, 2007; or August 1st or August 2nd, 2007.  An adjournment to one of the above dates will permit me an opportunity to appear and to submit a sentencing recommendation on behalf of Mr. Watler.

    This is my second, but final, request for an adjournment of the sentencing in this case.  A long overdue vacation over the past two weeks and my commitment to an authorized federal death penalty case, has necessitated the request for this adjournment.

                                Respectfully,

                                /S/ Anthony L. Ricco
                              Anthony L. Ricco

ALR/es
cc:  A.U.S.A.  Danya Perry (ECF & Email)