USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ANTHONY L. RICCO**
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

NOV - 5 2007

November 5, 2007

BY E.C.F. & FACSIMILE

## MEMO ENDORSED

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **United States v. Jason Watler**, Docket No. S4 05 Cr 1067 (KMK)

Dear Judge Karas:

   Regrettably, I must request an adjournment of the sentencing in the above matter, which is presently scheduled for Monday, November 5, 2007. On Friday, November 2, 2007, closing arguments were completed in the federal death penalty case of United States v. Jelani Solomon, before the Hon. Terrence F. McVerry in the United States District Court for the Western District of Pennsylvania. My emotions are soaring as we are waiting for a verdict on the death penalty. However, as a result of my presence here in Pittsburgh, I must request yet a further adjournment of Jason Watler's sentencing.

   I am sure that the court is eager to sentence Mr. Watler, as I have closely followed the recent developments in this complex case concerning other defendants in USA Today and on the ESPN News network. The issues pertaining to Mr. Watler's sentence, however, are uncomplicated, as he pled guilty pursuant to a plea agreement with the government. Nevertheless, I am requesting, at least, a three (3) week adjournment. This will permit me the opportunity to complete the Solomon matter and file submissions for Mr. Watler. I would greatly appreciate it, if the court could schedule Mr. Watler's sentence before November 26, 2007. On November 26, 2007, I will begin an extended trial before Judge Trager in the Eastern District of New York and would thus I would like to complete Mr. Watler's sentencing before that time.

   Thank you very much.

*Sentence will be held on November 30, 2007 at 11:15*

                    Respectfully,

                    /S/ Anthony L. Ricco
                    Anthony L. Ricco

ALR/es
cc: A.U.S.A. Danya Perry (ECF & Email)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
11/6/07