```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____         │
│ DATE FILED: _____    │
└─────────────────────────────┘
```

# ANTHONY L. RICCO
*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. (212) 791-3919  FAX. (212) 791-3940

January 9, 2008

**BY E.C.F. & FACSIMILE**

**MEMO ENDORSED**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Jason Watler,** Docket No. S4 05 Cr 1067 (KMK)

Dear Judge Karas:

    On December 12, 2007, the court sentenced Jason Watler to five (5) months in prisonment to be followed by five (5) months of home detention, *inter alia*. Upon application of the defendant, the court permitted a voluntary surrender. The defendant was required to voluntarily surrender to United States Marshals Service, located at 500 Pearl Street, New York, New York by close of business on Thursday, Janaury 10, 2008.

    The defendant seeks a modest continuation of his surrender date to Monday morning, January 14, 2008. The defendant has advised me that two remaining matters related to his apartment on Staten Island have not been resolved. Specifically, the defendant will receive his last pay check on Friday, January 11, 2008. He advises that he needs to be able to cash that pay check and disburse the funds, along with other funds, towards expenses to cover his period of incarceration. The defendant wants to secure his apartment and other services, so that he will have a place to stay upon his release from custody.

    The defendant was unsuccessful in getting his employer to issue his final payment before the scheduled pay date of Friday, Janaury 11, 2008. I have been unable to reach the government for it's position on the matter. However, I have no objection to the court discussing the matter with the government. Should the government withhold consent, the defendant will abide that decision

    Thank you very much.

                                         Respectfully,

                                      /S/ *Anthony L. Ricco*      Granted.
                                      Anthony L. Ricco

ALR/es
cc: A.U.S.A. Danya Perry (ECF & Email)

                                        SO ORDERED
                                        KENNETH M. KARAS U.S.D.J.
                                        1/10/08